# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

**TAMMY FERRELL,**

        **Plaintiff,**

**-vs-**                                                                  **Case No. 6:09-cv-938-Orl-22KRS**

**CHERRYDEN, LLC; DEN 5&5, LLC and
CNL INCOME & GROWTH CORP.,**

        **Defendants.**

_____

## ORDER

This cause is before the Court on the Motion to Withdraw as Counsel for Plaintiff (Doc. No. 18) filed on August 14, 2009.

The United States Magistrate Judge has submitted a report recommending that the Motion to Withdraw be granted, that the request for a forty-five day stay of the case be denied, and that Defendants' oral motion to dismiss the case be granted.

After an independent *de novo* review of the record in this matter, and noting that no objections were timely filed, the Court agrees entirely with the findings of fact and conclusions of law in the Report and Recommendations.

Therefore, it is **ORDERED** as follows:

1. The Report and Recommendation filed September 11, 2009 (Doc. No. 22) is **ADOPTED** and **CONFIRMED** and made a part of this Order.

2. The Motion to Withdraw as Counsel for Plaintiff (Doc. No. 18) is granted in part and denied in part. The Motion is granted to the extent Plaintiff's counsel may withdraw, but is denied as to the request for a forty-five day stay.

3. Defendants' oral motion to dismiss is granted. This case is hereby dismissed without prejudice.

4. All pending motions are denied as moot.

5. The Clerk is directed to close the file.

**DONE** and **ORDERED** in Chambers, in Orlando, Florida on October 4, 2009.

_____
ANNE C. CONWAY
United States District Judge

Copies furnished to:

Counsel of Record

Tammy Ferrell
150 Calle Madrid
St. Augustine, FL 32086